UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA )
)
              Plaintiff, )
)
vs. )
)
Cindy Chavez )
)
              Defendant, )
)

CASE NO. 06-CR315-002

ORDER REFERRING OFFENDER
FOR CONSIDERATION OF
PLACEMENT IN THE TATTOO
REMOVAL PROGRAM

      The United States District Court for the Central District of California has partnered with the University of California at Irvine (UCI) - Beckman Laser Institute in the Court's Tattoo Removal Program, which provides laser tattoo removal treatment for offenders who voluntarily choose to be considered and are found suitable to participate in the program. The program is for the offender's benefit and not a condition of her supervision term.

      The Coordinating Judge for the Tattoo Removal Program is United States District Judge David O. Carter.

      Offender Cindy Chavez may be a suitable candidate for tattoo removal treatment, and is hereby referred to United States District Judge David O. Carter for consideration of placement into the Tattoo Removal Program.

Dated  8/4/11

_____
UNITED STATES DISTRICT JUDGE